FREDERICK J. WEST, PLAINTIFF, v. HARVEY I. HUTCHIN-
SON, DEFENDANT.

Submitted January term, 1929—Decided April 19, 1929.

Before Justices BLACK, CAMPBELL and CASE.

For the plaintiff, *Robert Peacock*.

For the defendant, *Wells & Tomlinson*.

PER CURIAM.

This suit was brought to recover compensation for aliena-
ting the affections of the plaintiff's wife by the defendant.
The complaint contains two counts, the first for alienation
of affections, the second for assault and ill-treatment of the
plaintiff's wife, Ada West. The trial resulted in a verdict by
the jury of no cause of action. The plaintiff obtained a rule
to show cause for a new trial. We think the rule to show
cause should be discharged, and such is the order of the court.